IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:11CR3022 |
| V. | ) | |
| LEONARD R. ANDERSEN, | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |

    Leonard R. Andersen (Andersen) appeals his detention. After considering the fact that Andersen is charged with the distribution of crack cocaine carrying a mandatory penalty of 10 years in prison, that Andersen has previously been convicted of second degree murder, that Anderson was known to carry a firearm while distributing drugs and that Andersen has threatened a cooperating witness, it is plain to me that Judge Zwart was correct in detaining Andersen as a danger to the community. That is true whether Judge Zwart's detention decision is reviewed de novo or otherwise. Therefore,

    IT IS ORDERED that the Objection and Appeal From the Order of Detention (filing no. 20) is denied. The defendant shall remain detained.

    DATED this 14th day of March, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge