IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3022 |
| | ) | |
| v. | ) | |
| | ) | |
| LEONARD R. ANDERSON, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

The defendant has moved for an order requiring a pretrial services investigation to confirm the defendant has a job offer and employment opportunity. (Filing No. 23). He claims his detention should be re-assessed since a substantial employment opportunity, and real supervision in conjunction with that work, now exists.

Employment does not ameliorate the risk underlying and identified in the court's prior detention order. (See filing no. 19).

Accordingly,

IT IS ORDERED that the defendant's motion, (filing no. 23), is denied.

DATED this 5th day of April, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge