IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3022 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| LEONARD R. ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

Due to the risks posed by defendant's release, as set forth in the court's prior order of detention, (filing no. 19),

IT IS ORDERED that defendant's Motion for Medical/Mental Examination (specifically for a drug and alcohol evaluation), (filing no. 25), is denied.

DATED this 21st day of April, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge