IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3022 |
| | ) | |
| V. | ) | |
| | ) | |
| LEONARD R. ANDERSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the defendant's "objection and appeal from the order denying request for an order directing pretrial services to obtain an evaluation" (filing 30) is denied.

DATED this 4th day of May, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge