IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3022 |
| | ) | |
| v. | ) | |
| | ) | |
| LEONARD R. ANDERSON, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant's motion for leave to marry, (filing no. 39), is granted.

2) As to the ceremony of marriage, the defendant shall abide by any reasonable conditions imposed by his custodian regarding location, time, place, persons in attendance, and security.

3) The Marshal shall promtly notify the Saline County Jail regarding the content of this order.

4) Defense counsel is advised that the defendant may soon be re-located, and he should therefore promptly advise the defendant of this order and possible time restriction.

DATED this 14th day of June, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge