IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>LEONARD R. ANDERSON,<br><br>          Defendant. | **4:11CR3022**<br><br>**ORDER** |

The defendant is released subject to the following:

1)     The defendant shall appear at his revocation hearing scheduled for August 13, 2015, at 12:30 p.m.

2)     The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing. Those conditions require the defendant's full and successful participation in any recommended drug treatment program. Consistent with the supervising officer's past directives and her current recommendation, the defendant shall enroll in and begin an intensive drug treatment program by no later than July 22, 2015.

3)     The defendant is reminded that his failure to timely begin drug treatment as stated in this order, or to successfully complete a drug treatment program, will result in detention.

July 15, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge