IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

V.

LEONARD R. ANDERSON,

    Defendant.

4:11CR3022

ORDER

At the request of the probation officer and all counsel,

IT IS ORDERED that the petition for an offender under supervision (filing no. 87) is dismissed without prejudice and the hearing set for August 3, 2016 is cancelled.

DATED this 2nd day of August, 2016.

BY THE COURT:

*s/Richard G. Kopf*
Senior United States District Judge